In the Matter of MORRIS J. NASHALSKY, Respondent, against CLIFFORD J. FLETCHER, as Commissioner of Motor Vehicles of the State of New York, Appellant.—

Present — Close, P. J., Carswell, Johnston, Taylor and Lewis, JJ.

MORRIS KAUFMAN et al., Respondents, v. CITY OF GLEN COVE, Defendant, and MORRIS L. IDELEVITZ, Intervener, Appellant.—

Present — Carswell, Johnston, Adel, Taylor and Lewis, JJ. [180 Misc. 349.]

EMMA KILLACKEY, Respondent, v. INCORPORATED VILLAGE OF SEA CLIFF, Appellant, et al., Defendants.—

No opinion. Present — Hagarty, Carswell, Johnston, Adel and Taylor, JJ.

JACK KLEINMAN, Respondent, v. HAROLD KLEINMAN, Appellant.—

Hagarty, Carswell, Johnston, Adel and Lewis, JJ., concur.

FRANCES KUNTZ, Respondent, v. MARY GAIMARO et al., Appellants, et al., Defendants.—

No opinion. Present — Close, P. J., Carswell, Johnston, Taylor and Lewis, JJ.